IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LUDOVIC MARCEL MBOCK, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-0675 |
| VERNON LIGGINS, | * | |
| Respondents. | * | |

\*\*\*

### **ORDER**

Today the Court convened a telephone hearing on the record to discuss the status of this case. For the reasons stated on the record, the parties agree that formal briefing is appropriate rather than resting on previous briefing submitted to this Court. The Court will rule upon the Petition and Motion for a Temporary Restraining Order (ECF Nos. 1, 2) on an expedited manner once the Petition is fully briefed, as outlined by the joint briefing schedule previously submitted and approved by this Court (ECF Nos. 8, 9).

So ordered this 25th day of February, 2026.

/s/
_____
George L. Russell, III
Chief United States District Judge